# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00372-CR

**The State of Texas, Appellant**

**v.**

**Michael Cooper, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 682,716, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on State's Motion

Filed:   August 19, 2005

Do Not Publish